UNTIED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:                                                          Chapter 13
                                                                Case No.
Anthony J. DeSantis

    Debtor(s).
_____/

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned Declare under penalty of perjury that:

1. I have signed the original (s) of the document (s) identified below under penalty of perjury ("Verified Documents (s)").

2. The information contained in the Verified Document (s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Documents (s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_____
Anthony J. DeSantis

### Verified Document (s):

Full Descriptive Title
Petition
Notice to Individual Debtor
Exhibit D Statement of Compliance
Schedules
Statement of Financial Affairs
Statement of Current Monthly Income

All documents were executed on: __May 20, 2009__.